UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
United States of America,

                        Plaintiff,                        **ORDER**
                                                                         19-CV-02456 (DG) (JMW)
      -against-

J. Ronald Holland, *a/k/a* "James R. Holland,"

                        Defendant.
----------------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

      Pursuant to the Court's January 26, 2024 Order, in which the Court, *inter alia*, ordered that "David Risk shall be responsible for reimbursing the costs of the court reporter and of travel for Plaintiff's attorney to and from Central Islip for the deposition scheduled for August 8, 2023," *see* ECF No. 128 at 5, and upon consideration of Plaintiff's February 1, 2024 submission, ECF No. 131 ("Plaintiff United States' Proof of Expenses"), it is hereby ORDERED that non-party David Risk shall pay to Plaintiff the sum of $760.44.[1] The Clerk of Court is directed to enter judgment accordingly.

      Plaintiff is directed to serve a copy of this Order on David Risk at the address reflected for him on the docket, to email a copy of this Order to Mr. Risk at the email address provided by Mr. Risk in his filings at ECF Nos. 122 and 127, and to file proof of service on the docket by February 9, 2024.

      Upon issuance of a Judgment based on this Order, Plaintiff shall serve a copy of such

---

[1] Familiarity with the Court's January 26, 2024 Order and with the detailed procedural history and background of this action is assumed herein.

Judgment on Mr. Risk and shall promptly file proof of service on the docket.

    SO ORDERED.

*/s/ Diane Gujarati*
DIANE GUJARATI
United States District Judge

Dated: February 7, 2024
       Brooklyn, New York